**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__
                  (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual  12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Trinity Pumping Units, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

____ – _____
EIN

**5. Debtor's address**

**Principal place of business**

24 Smith Rd.
Number  Street

Suite 503

Midland     TX     79705
City          State     ZIP Code

Midland
County

**Mailing address, if different**

_____
Number  Street

_____
P.O. Box

_____
City     State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number  Street

_____
City     State     ZIP Code

Official Form 205      Involuntary Petition Against a Non-Individual      page 1



Debtor  **Trinity Pumping Units, LLC**    Case number (*if known*) _____
          Name

| | |
|---|---|
| **6. Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other type of debtor. Specify: _____ | |

| | |
|---|---|
| **8. Type of debtor's business** | *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the types of business listed. <br> ☐ Unknown type of business. |

| | |
|---|---|
| **9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY <br> Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY |

**Part 3:  Report About the Case**

| | |
|---|---|
| **10. Venue** | *Check one:* <br> ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **11. Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br> *At least one box must be checked:* <br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br> ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | |
|---|---|
| **12. Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No <br> ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205  Involuntary Petition Against a Non-Individual  page 2

American LegalNet, Inc. <br> www.FormsWorkFlow.com

Debtor  Trinity Pumping Units, LLC                     Case number *(if known)* _____
         Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Shores Lift Solutions | Trade Debt | $ 9,095.60 |
| | BlackGold Equipment LLC | Trade Debt | $ 4871000.00 |
| | Craneworks Rentals, LLC | Trade Debt | $ 66,387.18 |
| | | Total of petitioners' claims | $ 4956482.78 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Shores Lift Solutions, Inc.
Name

203    W. Wall St., Suite 400
Number  Street

Midland               Texas       79701
City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City        State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100 Santa Monica Blvd., Suite 2200
Number   Street

Los Angeles            CA         90250
City                   State      ZIP Code

Contact phone  310-282-2000    Email  bgiven@loeb.com

Bar number  07990180

State  TX

✗ /s/ Bernard R. Given, II
Signature of attorney

Date signed  03/23/2016
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Trinity Pumping Units, LLC  Case number (*if known*) _____

**Name and mailing address of petitioner**

BlackGold Equipment LLC
Name

15819 Tuckerton Road
Number   Street

Houston    Texas    77095
City       State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100 Santa Monica Blvd., Suite 2200
Number   Street

Los Angeles    CA    90250
City           State  ZIP Code

Contact phone 310-282-2000    Email bgiven@loeb.com

Bar number 0799018

State TX

✗ /s/ Bernard R. Given, II
Signature of attorney

Date signed 03/23/2016
MM / DD / YYYY

---

**Name and mailing address of petitioner**

CraneWorks Rentals, LLC
Name

40 Leawood Drive
Number   Street

New Century    KS    66031
City           State ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100 Santa Monica Blvd., Suite 2200
Number   Street

Los Angeles    CA    90250
City           State  ZIP Code

Contact phone 310-282-2000    Email bgiven@loeb.com

Bar number 0799018

State TX

✗ /s/ Bernard R. Given, II
Signature of attorney

Date signed 03/23/2016
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Trinity Pumping Units, LLC _____  Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Shores Lift Solutions | Trade Debt | $ 9,095.60 |
| BlackGold Equipment LLC | Trade Debt | $ 4871000.00 |
|  |  | $ |
|  | Total of petitioners' claims | $ 4880095.60 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Shores Lift Solutions, Inc.
Name

203  W. Wall St., Suite 400
Number  Street

Midland           Texas        79701
City              State        ZIP Code

Name and mailing address of petitioner's representative, if any

Kyel Hodenfield
Name

105   Industrial Blvd.
Number  Street

Sugar Land        TX           77478
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/22/2016
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title
Kyel Hodenfield, President

**Attorneys**

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100 Santa Monica Blvd., Suite 2200
Number  Street

Los Angeles         CA          90250
City                State       ZIP Code

Contact phone 310-282-2000    Email bgiven@loeb.com

Bar number  07990180

State  TX

X
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 3


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor **Trinity Pumping Units, LLC**
　　　　Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

BlackGold Equipment LLC
Name

15819　Tuckerton Road
Number　Street

Houston　　　　　　　Texas　　77095
City　　　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number　Street

_____
City　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/22/2016
　　　　　　　MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

---

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100　Santa Monica Blvd., Suite 2200
Number　Street

Los Angeles　　　　　CA　　90250
City　　　　　　　　State　　ZIP Code

Contact phone  310-282-2000　　Email  bgiven@loeb.com

Bar number  0799018

State  TX

✗ _____
Signature of attorney

Date signed _____
　　　　　　MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number　Street

_____
City　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number　Street

_____
City　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
　　　　　　MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number　Street

_____
City　　　State　　ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
　　　　　　MM / DD / YYYY

---

Official Form 205　　Involuntary Petition Against a Non-Individual　　page 4



Debtor  Trinity Pumping Units, LLC
       Name

Case number (*if known*) _____

### Name and mailing address of petitioner

**BlackGold Equipment LLC**
Name

15819  Tuckerton Road
Number   Street

Houston           Texas        77095
City              State        ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100  Santa Monica Blvd., Suite 2200
Number   Street

Los Angeles          CA        90250
City                 State     ZIP Code

Contact phone  310-282-2000   Email  bgiven@loeb.com

Bar number  0799018

State  TX

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

**CraneWorks Rentals, LLC**
Name

40  Leawood Drive
Number   Street

New Century       KS        66031
City              State     ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X *[signature]*
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100  Santa Monica Blvd., Suite 2200
Number   Street

Los Angeles          CA        90250
City                 State     ZIP Code

Contact phone  310-282-2000   Email  bgiven@loeb.com

Bar number  0799018

State  TX

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

American LegalNet, Inc.
www.FormsWorkFlow.com